```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

MARCUS ALLEN, M.D.,

       Plaintiff,

v.                                    Case No.: 2:18-cv-00069-JES-MRM

FIRST UNUM LIFE INSURANCE
COMPANY, PROVIDENT LIFE AND
CASUALTY INSURANCE COMPANY
and THE UNUM GROUP,

       Defendants.

_____

## ORDER

Pursuant to the Opinion and Order issued on the parties' Motions for Summary Judgment on February 17, 2022, the Court sets forth the following dates with regard to the jury trial for Count 1 of the Second Amended Complaint.

1. A final pre-trial conference will be held on **March 15, 2022** at **9:30 a.m.** in Courtroom 6(A) in Fort Myers, Florida.

2. The jury trial as to Count 1 of the Second Amended Complaint will commence on **March 22, 2022** at **9:00 a.m.** in Fort Myers, Florida (courtroom TBD). Trial length is estimated at 4 days.

Accordingly, it is hereby

**ORDERED:**

The following deadlines shall apply to Count 1 of the Second Amended Complaint:

| Final Pretrial Conference | March 15, 2022, at 9:30 a.m. |
| Trial Date (Jury) | March 22, 2022, at 9:00 a.m. |

**DONE and ORDERED** at Fort Myers, Florida, this ___17th___ day of February, 2022.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record

- 2 -