```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION

MARCUS ALLEN, M.D.,

        Plaintiff,


v.                                   Case No.: 2:18-cv-00069-JES-MRM


PROVIDENT LIFE AND
CASUALTY INSURANCE COMPANY
and UNUM GROUP,

        Defendants.
_____
```

**ORDER REGARDING DEPOSITION OF DR. DAVID DILORETO, JR.**

In accordance with the Final Pretrial Conference Order (Doc. #223) issued on March 15, 2022, the Court has considered each party's designations and objections thereto of Dr. David DiLoreto Jr.'s deposition testimony. (Docs. ##222-2, 222-3.) The following edits to the transcript will be made:

| Transcript Page | Edits To Transcript |
|---|---|
| 88 | Either add Line 22, or delete Lines 20 and 21. |
| 96 | Line 10 is deleted. |
| 123 | Lines 20 – 22 are deleted. |
| 139 | Lines 6 and 7 are deleted. |
| 145 | Line 18 is deleted. |
| 147 | Lines 23 and 24 are deleted. |
| 161 | Lines 19 and 20 are deleted. |
| 195 | Line 3 is deleted. |

| | |
|---|---|
| 196 | Lines 16 – 25 are deleted. |
| 197 | Lines 2 – 5 are deleted. |
| 203 | Lines 2 – 4, 17-18 are deleted. |
| 204 | Lines 12 and 25 are deleted. |
| 207 | Lines 5, 14, 21-22 are deleted. |
| 208 | Line 17 is deleted. |
| 209 | Line 19 is deleted. |

All other objections by the parties are overruled.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Fort Myers, Florida, this __18th__ day of March, 2022.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record