```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```
MARCUS ALLEN, M.D.,

       Plaintiff,

v.                          Case No.: 2:18-cv-00069-JES-MRM

PROVIDENT LIFE AND
CASUALTY INSURANCE COMPANY
and UNUM GROUP,

       Defendants.
_____

**ORDER**

    This matter comes before the Court on the parties' request to temporarily file under seal trial exhibits and/or documents for a period of thirty (30) days, which was made on March 24, 2022, during the trial in the instant case. The trial exhibits contain certain confidential personal information regarding Plaintiff Dr. Marcus Allen, and the parties wish to redact such information.

    Because the proposed seal does not implicate the general presumption that substantive aspects of a civil action are a matter of public concern, and instead relates to Dr. Allen's confidential personal information, the Court grants the motion to seal. See generally Romero v. Drummond Co., 480 F.3d 1234, 1245-48 (11th Cir. 2007); Chicago Tribune Co. v. Bridgestone/Firestone, Inc., 263 F.3d 1304, 1310-1315 (11th Cir. 2001).

Accordingly, it is hereby

**ORDERED:**

The parties' joint request to temporarily seal the trial exhibits and/or documents is **GRANTED**. The trial exhibits shall be placed under seal by the Clerk for a period of **THIRTY (30) DAYS**.

**DONE and ORDERED** at Fort Myers, Florida, this ___29th___ day of March, 2022.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE


Copies:
Counsel of Record